# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16-po-5061-JTJ |
| | VIOLATIONS: |
| Plaintiff, | 6027083 |
| | 6027084 |
| vs. | |
| THOMAS WILLIAMSON PACHOLIK, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to interlineate VN 6027083 (operating a vehicle under the influence of alcohol/drugs) to unsafe operation of a motor vehicle in violation of 36 CFR 4.22(b)(1) is GRANTED.

IT IS FUTHER ORDERED that the Defendant shall pay a fine amount of $750.00 and a $30.00 processing fee for VN 6027083. The Defendant shall pay the fine amount of $780.00 in monthly payments of $130.00, with the

first payment being submitted on or before November 1, 2016.  The defendant shall pay the entire fine amount of $780.00 in full by May 1, 2017.  Payments should be mailed to the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The check should be made out to the Clerk, U.S. District Court;

IT IS FURTHER ORDERED that the defendant shall:

1. undergo a chemical dependency evaluation;

2. follow all recommendations of a chemical dependency evaluation;

3. submit documentation of successful completion of ACT or Prime for Life to the Court within six months;

4. install Remote Breath for a total of 60 consecutive days beginning November 1, 2016, and

5. submit to one-year unsupervised probation.

IT IS FURTHER ORDERED that the defendant shall pay any and all expenses incurred from completing the above referenced conditions, and submit documentation to the Court indicating successful completion of the program, on or

before May 1, 2017. The defendant shall mail the documentation to the Clerk of Court at the address listed above.

IT IS FURTHER ORDERED that VN 6027084 is DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for October 20, 2016, is VACATED.

DATED this 19th day of October, 2016.

John Johnston
United States Magistrate Judge